UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEIDRA L. RICE and RALPH J. RICE,

      Plaintiff(s),                               Case No. 11-11139

v.

RESIDENTIAL CREDIT SOLUTIONS and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS,

      Defendant(s).
_____/

## ORDER OF DISMISSAL

Based upon Plaintiff's failure to appear for the scheduling conference on today's date and defendant's oral motion for dismissal, the above referenced matter is hereby dismissed without prejudice.

**SO ORDERED.**

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: April 27, 2011


CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
April 27, 2011, by electronic and or ordinary mail.

                                            s/Marcia Beauchemin
                                            Case Manager/Deputy Clerk